**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| JAMES R. ROSENCRANTZ & SONS, INC. <br><br> Petitioner, <br><br> v. <br><br> JOHN DEERE COMPANY, A DIVISION OF DEERE & COMPANY d/b/a JOHN DEERE <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 1:25-cv-00034-JL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL**

I respectfully withdraw my appearance as counsel on behalf of Petitioner, James R. Rosencrantz & Sons, Inc., as I am leaving the Bernstein Shur law firm and joining Hinckley Allen on June 26, 2026. Hilary Holmes Rheaume will continue as counsel for James R. Rosencrantz & Sons, Inc. and therefore there is no prejudice to any party from my withdrawal as counsel in this matter.

Respectfully submitted,

James R. Rosencrantz & Sons, Inc.

By its attorneys,
Bernstein Shur, Sawyer & Nelson, P.A.

Dated: June 25, 2026

*/s/ Edward J.Sackman*
Edward J. Sackman, Esq., MA Bar #704383
nsackman@bernsteinshur.com
603-623-8700
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2026 the foregoing was filed on ECF, which will send electronic notice to all counsel and parties of record.

/s/ Edward J. Sackman
Edward J. Sackman, Esq.